Case 1:19-cv-08525-CM Document 9 Filed 05/08/20 Page 1 of 1
Case 1:19-cv-08525-CM Document 7 Filed 10/25/19 Page 1 of 2
Case 1:19-cv-08525-CM Document 6-1 Filed 09/16/19 Page 3 of 10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael R. Jaffe

(List the full name(s) of the plaintiff(s)/petitioner(s).)

19 CV 8525 ( )( )

-against-

Mayor Bill DeBlasio
Comptroller Scott Stringer

(List the full name(s) of the defendant(s)/respondent(s).)

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 25 2019

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on 9/16/19 but did not file a notice of appeal within the required time period because:

I have been searching for employment, appearing in local court, normal cooking and maintenance, and to do further research.

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

Dated: October 22, 2019

Signature: Michael R. Jaffe

Name (Last, First, MI): Jaffe, Michael, R

Address: 5988 57th Road  City: Maspeth  State: New York  Zip Code: 11378

Telephone Number: (917) 620-3441

E-mail Address: michaelrjaffe1@gmail.com

MEMO ENDORSED

Please include previous forma pauperis for original motion. My financial situation remains static.

The motion is DENIED. The movant articulates no basis for not filing his appeal in a timely manner. If he was doing research and appearing in local court he was capable of filing same.